# EXHIBIT 7



भारतसरकार GOVERNMENT OF INDIA

आयकरविभाग/INCOME TAX DEPARTMENT

मुख्यआयकरआयुक्तकाकार्यालय , बेंगलूर - 1 ,बेंगलूरु

O/o The Chief Commissioner of Income-Tax, Bengaluru-1, Bengaluru.
Central Revenue Building, Queens Road, Bengaluru-560 001.

F.No.276/CCIT/BNG-1/2020-21 / 1690    Dated: 04.11.2020

To

The Vice-President,
Income-tax Appellate Tribunal,
No.51, Behind Jal Bhawan, 1st Cross,
4th 'T' Block East, Tilaknagar,
Jayanagar, Bengaluru.

Sir,

   Sub:  Commercial Arbitration Dispute raised by the foreign Investors in the Devas Multimedia Pvt. Ltd., (DMPL) Under India-Germany BIT and India-Mauritius BIT Against Antrix Devas – PAN: AACCD2059H - Reg.

   Ref:  Letter of Special Secretary & Member, CBDT, New Delhi, in D.O.No.225/163/2020/ITA-II Dated 4th November, 2020.

*****

Kindly refer to the above.

An Inter-Ministerial Monitoring Committee (IMMC) has been constituted with the approval of Hon'ble Finance Minister to expedite the statutory proceedings pending in the case of M/s. Devas Multimedia Pvt. Ltd., on a war footing so as to reach conclusion and finality in such cases at the earliest, IMCC is monitoring the progress on a daily basis along with virtual meetings on weekly basis. CBDT, being a Member of IMMC, is required to expedite the pending income-tax proceedings and regularly update the IMMC with details of progress. To enable the same, vide CBDT's letter dated 28.10.2020, it was requested to take up the matter with the authorities concerned for early disposal of pending proceedings.

In this regard, it is requested that the pending appellate proceedings in this case for the Asst. Years 2010-11, 2012-13, 2013-14 and 2014-15 may be fast tracked and taken up for hearing and disposal at the earliest.

Yours faithfully,

(SUBASHREE ANANTKRISHNAN)
कृते मुख्य आयकर आयुक्त-1, बेंगलूरु.
Chief Commissioner of Income-tax
Bengaluru-1, Bengaluru