UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK\

| | |
|---|---|
| CC/DEVAS (MAURITIUS) LTD, DEVAS EMPLOYEES MAURITIUS PRIVATE LIMITED, and TELCOM DEVAS MAURITIUS LIMITED,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　- against -<br><br>AIR INDIA, LTD.,<br><br>　　　　　　　　　Defendant. | **ORDER**<br><br><br><br>21 Civ. 5601 (PGG) |
| DEUTSCHE TELEKOM AG,<br><br>　　　　　　　　　Petitioner,<br><br>　　- against -<br><br>AIR INDIA, LTD.,<br><br>　　　　　　　　　Respondent. | <br><br><br>21 Civ. 9155 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　　The Court will conduct a conference in these related matters on **November 19, 2021 at 2:00 p.m.** in Courtroom 705 of the U.S. Courthouse, 40 Foley Square, New York, New York.

　　　　　The purpose of the conference is to conduct an initial pre-trial conference in both matters and to discuss the parties' pre-motion letters.[1] (See 21 Civ. 5601, Dkt. Nos. 17, 20, 23; 21 Civ. 9155, Dkt. No. 10)

---

[1] Accordingly, the telephonic conference in Case No. 21 Civ. 5601 scheduled for November 18, 2021 at 11:45 a.m. is adjourned sine die.

Plaintiffs in Case No. 21 Civ. 5601 may file a letter in response to Defendant Air India's supplemental pre-motion letter (21 Civ. 5601, Dkt. No. 23) no later than November 15, 2021.

Respondent Air India may file a letter in response to Petitioner Deutsche Telekom AG's pre-motion letter (21 Civ. 9155, Dkt. No. 10) no later than November 15, 2021.

The parties in Case No. 21 Civ. 9155 are directed to file a joint pre-conference letter and proposed case management plan in accordance with Rule VII.B. of the Court's Individual Rules of Practice no later than November 16, 2021.

Dated: New York, New York
       November 12, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge