UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CC/DEVAS (MAURITIUS) LTD, DEVAS EMPLOYEES MAURITIUS PRIVATE LIMITED, and TELCOM DEVAS MAURITIUS LIMITED,<br><br>                    Plaintiffs,<br><br>         - against -<br><br>AIR INDIA, LTD.,<br><br>                    Defendant. | **ORDER**<br><br>21 Civ. 5601 (PGG) |
| DEUTSCHE TELEKOM AG,<br><br>                    Petitioner,<br><br>         - against -<br><br>AIR INDIA, LTD.,<br><br>                    Respondent. | 21 Civ. 9155 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        Before the Court are several pre-motion and pre-conference letters in these related matters. (See 21 Civ. 5601, Dkt. Nos. 17, 20, 22, 23, 27; 21 Civ. 9155, Dkt. Nos. 10, 18, 20) In those letters, the parties seek the following:

1. Defendant/Respondent Air India, Ltd. seeks to file motions to dismiss in both cases (21 Civ. 5601, Dkt. No. 17 at 1; 21 Civ. 9155, Dkt. No. 18 at 4);

2. Air India seeks to file motions to stay discovery pending resolution of its motions to dismiss in both cases (21 Civ. 5601, Dkt. No. 23 at 3; 21 Civ. 9155, Dkt. No. 20 at 4);

3. Plaintiffs CC/Devas (Mauritius) Ltd., Devas Employees Mauritius Private Ltd., and Telecom Devas Mauritius Ltd. ("Devas Shareholders") seek to file a motion for expedited jurisdictional discovery (21 Civ. 5601, Dkt. No. 27 at 4);

4. Petitioner Deutsche Telekom AG seeks to file a motion for pre-judgment attachment under Fed. R. Civ. P. 64 (21 Civ. 9155, Dkt. No. 10 at 1); and

5. Deutsche Telekom seeks to file a motion for expedited discovery pursuant to Fed. R. Civ. P. 26(d) (Id.).

The following briefing schedule will apply to Air India's motions to stay discovery pending resolution of its motions to dismiss:

1. Air India will file its motions and accompanying briefs in both cases by **November 22, 2021**; and

2. The Devas Shareholders and Deutsche Telekom will file responsive briefs by **November 26, 2021**.

The following briefing schedule will apply to the Devas Shareholders' motion for expedited jurisdictional discovery:

1. The Devas Shareholders will file their motion and accompanying brief by **November 22, 2021**; and

2. Air India will file its responsive brief by **November 26, 2021**.

The following briefing schedule will apply to Deutsche Telekom's motion for expedited discovery pursuant to Fed. R. Civ. P. 26(d):

1. Deutsche Telekom will file its motion and accompanying brief by **November 22, 2021**; and

2. Air India will file its responsive brief by **November 26, 2021**.

Each of the briefs listed above will be no more than twenty pages double-spaced. Given the expedited nature of the briefing schedule, the parties need not comply with Rule IV(C) of this Court's Individual Practices, and instead will electronically file their briefs by the dates listed above. The parties are also directed to send courtesy copies of their briefs to the Court via email at GardepheNYSDChambers@nysd.uscourts.gov.

The Court will set a briefing schedule for Air India's motions to dismiss and Deutsche Telekom's motion for pre-judgement attachment after resolving the parties' motions for expedited discovery and for stays of discovery.

In light of the foregoing, the conference scheduled for November 19, 2021 is adjourned sine die.

Dated: New York, New York
       November 18, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge