UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────

CC/DEVAS (MAURITIUS) LTD, DEVAS
EMPLOYEES MAURITIUS PRIVATE
LIMITED, and TELCOM DEVAS
MAURITIUS LIMITED,

                 Plaintiffs,

     - against -

AIR INDIA, LTD.,

                 Defendant.

**ORDER**

21 Civ. 5601 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The Court is in receipt of Defendant Air India, Ltd.'s opposition to Plaintiffs' motion to substitute pursuant to Federal Rule of Procedure 25(c).  (See Dkt. No. 46)  Plaintiffs will file a reply, if any, by **January 27, 2022**.

Dated: New York, New York
       January 20, 2022

                                    SO ORDERED.

                                    _____
                                    Paul G. Gardephe
                                    United States District Judge